UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SHAWN DEWAYNE MITCHELL BYRD | : | |
| AKA SHAWN D. BYRD | : | |
| AKA SHAWN BYRD | : | CASE NO. 16-51306 |
|     DEBTOR | : | |
| | : | |
| U.S. BANK TRUST, N.A., AS TRUSTEE | : | |
| FOR LSF9 MASTER PARTICIPATION | : | |
| TRUST | : | |
|     MOVANT | : | |
| | : | |
| VS. | : | |
| | : | |
| SHAWN DEWAYNE MITCHELL BYRD | : | |
| AKA SHAWN D. BYRD | : | |
| AKA SHAWN BYRD, DEBTOR | : | |
| MOLLY T. WHITON, TRUSTEE | : | |
|     RESPONDENTS | : | DECEMBER 13, 2016 |

**MOTION FOR RELIEF FROM STAY**

The undersigned Movant, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, a secured creditor of the above-named Debtor, Shawn DeWayne Mitchell Byrd aka Shawn D. Byrd aka Shawn Byrd ("Debtor"), by and through its undersigned attorneys, pursuant to 11 U.S.C. Section 362 (d) and Bankruptcy Rule 4001, moves this Court for an Order affording relief from the automatic stay imposed by 11 U.S.C., Section 362(a) ("Stay") and as grounds therefore respectfully represents the following to the Court:

1.     Movant seeks relief for the purpose of enforcing its possessory interest in real property known as **142 Chatham Terrace, Bridgeport, Connecticut 06606** ("the property").

2. The Debtor is in possession of the property, although his right to possession has expired.

3. A Judgment of Strict Foreclosure entered on November 24, 2014, against the Debtor, in Bridgeport Superior Court, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION v. BYRD, SHAWN D Et Al, Docket No. FBT-CV13-6037969-S, for the premises located at 142 Chatham Terrace, Bridgeport, Connecticut 06606. A copy of the Judgment Order is attached hereto as Exhibit A.

4. The Debtor's law day has passed and title vested in JPMorgan Chase Bank, National Association on January 24, 2015. The recorded Certificate Of Foreclosure is attached hereto as Exhibit B.

5. Title to the Property was thereafter transferred by JPMorgan Chase Bank, National Association to Movant by way of a Quit-Claim Deed. A copy of the recorded Quit-Claim Deed is attached hereto as Exhibit C. Debtor therefore has no legal or equitable interest, except a possessory interest.

6. Pursuant to 11 U.S.C. Section 362 (d)(1) a stay of proceedings against Movant should be lifted to permit Movant to enforce is interest and otherwise obtain possession of real property known as 142 Chatham Terrace, Bridgeport, Connecticut 06606.

7. Pursuant to 11 U.S.C. §362(d)(2), a stay of proceeds against the Movant should be lifted for cause because the Debtor no longer owns the property, his/her right of possession has expired, and the property is not necessary for an effective reorganization.

WHEREFORE, Movant requests relief from the Stay by allowing Movant to enforce said judgment and seek an Execution for Ejectment and otherwise obtain possession of real property known as 142 Chatham Terrace, Bridgeport, Connecticut 06606.

Movant requests that Fed.R.Bankr.P. 4001(a)(3) be declared inapplicable and that the Movant is allowed to immediately enforce the order. The Movant maintains that cause exists to grant waiver on the basis that the Property is not property of the estate and the Debtor's right of possession has expired. Movant therefore seeks to immediately enforce this order to ensure that it minimizes any continued losses.

Dated at Hartford, Connecticut this 13th day of December, 2016.

THE MOVANT

By: _____
Victoria Forcella, Esq.
Hunt Leibert Jacobson, P.C.
50 Weston Street
Hartford, Connecticut 06120
Telephone No. (860) 808-0606
Federal Bar No. 29297

THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY. IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.

Exhibit A

ORDER    422396

DOCKET NO: FBTCV136037969S            SUPERIOR COURT

JPMORGAN CHASE BANK, NATIONAL         JUDICIAL DISTRICT OF FAIRFIELD
ASSOCIATION                               AT BRIDGEPORT
V.
BYRD, SHAWN D Et Al                   11/24/2014

ORDER

ORDER REGARDING:
09/24/2014 113.00 MOTION FOR JUDGMENT-STRICT FORECLOSURE

The foregoing, having been heard by the Court, is hereby:

ORDER: GRANTED

Notice of Judgment of Strict Foreclosure
Property Address: 142 Chatham Terrace, Bridgeport, CT.

Judgment of Strict Foreclosure is hereby entered as follows:

Debt: $533,819.86
Attorney Fees: $2,000.00
Total: $535,819.86
Appraisal Fee: $310.00
Title Search Fee: $225.00
Fair Market Value: $205,000.00

LAW DAY SET FOR Tuesday, January 20, 2015, for the owner of the equity of redemption, and subsequent days for subsequent encumbrancers in the inverse order of their priorities.

Judicial Notice (JDNO) was sent regarding this order.

422396

Judge: ALFRED J JENNINGS
Processed by: Janice Pulos

Hunt Leibert Jacobson, P.C.
ATTORNEYS AT LAW
50 Weston Street
Hartford, Connecticut 06120

BK: 7181 PG:
INST: 0000233    196

| | |
|---|---|
| DOCKET NO.: FBT-CV-13-6037969-S | : SUPERIOR COURT |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | : JUDICIAL DISTRICT OF<br>: FAIRFIELD |
| V. | : AT BRIDGEPORT |
| SHAWN D. BYRD, ET AL. | : FEBRUARY _11_, 2015 |

## CERTIFICATE OF FORECLOSURE

TO ALL WHOM IT MAY CONCERN;

THIS CERTIFIES THAT a Mortgage from SHAWN D. BYRD and KENYA M. MOALES-BYRD to HOMELOANADVISORS.COM on premises known as 142 CHATHAM TERRACE, BRIDGEPORT, CT 06606, dated May 11, 2005 and recorded on June 1, 2005 in Volume 6419, Page 180 of the Bridgeport Land Records was foreclosed upon the complaint of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION as Plaintiff, against SHAWN D. BYRD and KENYA M. MOALES-BYRD, owners of the equity of redemption in said mortgaged premises, and MOON S. LEE, D.D.S., SACRED HEART UNIVERSITY, INCORPORATED A/K/A SACRED HEART UNIVERSITY and STATE OF CONNECTICUT, DEPARTMENT OF REVENUE SERVICES having an interest therein, in the Superior Court of Fairfield at Bridgeport, within and for the County of Fairfield, State of Connecticut returnable on October 1, 2013.

The premises foreclosed is described in Schedule A attached hereto. The time limit for redemption in said Judgment of Foreclosure has passed, and the title to said premises became absolute in JPMORGAN CHASE BANK, NATIONAL ASSOCIATION whose address is 16745 W. BERNARDO DRIVE SUITE 300, SAN DIEGO, CA 92127, on January 24, 2015.

BK: 9181 PG: 197
INST: 00002336

Plaintiff

_S. Bruce Fair_

Hunt Leibert Jacobson, P.C.
Its Attorneys
50 Weston Street
Hartford, CT 06120
860-808-0606
Juris No. 101589

PURSUANT TO FEDERAL LAW, THIS LAW FIRM IS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT THE DEBT AGAINST YOU PERSONALLY, BUT IS NOTICE OF A POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY.
*266441*

BK: 9181 PG: 198
INST: 00002330

## SCHEDULE A

ALL THAT CERTAIN PIECE OR PARCEL, OF LAND TOGETHER WITH THE BUILDINGS AND IMPROVEMENTS THEREON, SITUATED IN THE CITY OF BRIDGEPORT, COUNTY OF FAIRFIELD, AND STATE OF CONNECTICUT, KNOWN AND DESIGNATED AS LOT NO. 11 ON MAP OF LAKE FOREST, A SUBDIVISION IN BRIDGEPORT, CONNECTICUT FOR HERBRAY, INC., SHOWING SECTION 6, CERTIFIED SUBSTANTIALLY CORRECT ON MARCH 5, 1948, BY JOHN WAKENIGE, AND FILED FOR RECORD ON APRIL 15, 1948, IN THE BRIDGEPORT TOWN CLERK'S OFFICE, SAID PREMISES BEING MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS: NORTHERLY: IN PART BY LOT NO. 10, IN SAID SECTION, ON SAID MAP, AND IN PART BY LAKE FOREST, AS SHOWN ON SAID MAP, IN ALL, 91 FEET, MORE OR LESS; EASTERLY: BY LOT NO. 12, IN SAID SECTION, ON SAID MAP, 220 FEET, MORE OR LESS; SOUTHERLY: BY CHATHAM TERRACE, AS LAID OUT ON SAID MAP, 61.96 FEET; WESTERLY: BY LAND NOW OR FORMERLY OF DOMENICO AND LIBERTA BONACO, HERMAN J. AND ELSIE SCHROEDER, AND ALFRED H. AND IRMA E. HOFER, BEING LOTS NOS. 23, 22, 21, 20 AND A PORTION OF 19, ON MAP OF "VILLENUVE," DATED JUNE 19, 1912 ON FILE IN THE BRIDGEPORT TOWN CLERK'S OFFICE, EACH IN PART, IN ALL 228.05 FEET.

FOR INFORMATIONAL PURPOSES ONLY: THE APN IS SHOWN BY THE COUNTY ASSESSOR AS 2663-13; SOURCE OF TITLE IS BOOK 3652 PAGE 295 RECORDED 12/20/1996

RECEIVED FOR RECORD
Feb 17, 2015 10:44:04A
ALMA L. MAYA
TOWN CLERK
BRIDGEPORT, CT

Exhibit C

WHEN RECORDED, RETURN TO:
FIRST AMERICAN TITLE INSURANCE CO
1100 SUPERIOR AVENUE, SUITE 200
CLEVELAND, OHIO 44114
ATTN: RECORDING COORDINATORS

BK: 9386 PG: 266
INST: 00005309

Prepared By:
Leila H. Hansen, Esq.
9041 S. Pecos Road #3900
Henderson, NV 89074
Phone: 702-736-6400

After Recording Mail To:
U.S. Bank Trust, N.A.
C/o Caliber Home Loans, Inc.
6031 Connection Drive, Suite 1000
Irving, Texas 75041

Order No  Redacted
Reference No.

Assessor's Parcel Number: 2663-13

## QUITCLAIM DEED
### TITLE OF DOCUMENT

KNOW ALL men by the presents:

THAT **JPMorgan Chase Bank, National Association** (Releasor), whose address is 3415 Vision Drive, Columbus, Ohio 43219, FOR TEN AND NO/100 DOLLARS ($10.00), received to Releasor's full satisfaction, does hereby remise, release and forever quitclaim unto the said **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust**, (Releasee), whose mailing address is C/o Caliber Home Loans, Inc., 6031 Connection Drive, Suite 1000, Irving, Texas 75041, Releasee's heirs, successors and assigns, all such right and title the Releasor has in or to:

SEE EXHIBIT "A" ATTACHED HERETO AND BY THIS REFERENCE MADE A PART HEREOF.

MORE commonly known as: 142 Chatham Terrace, Bridgeport, Connecticut 06606

Prior Recorded Doc. Ref.: Deed: Recorded February 17, 2015; BK 9181, PG 196, Doc. No. 00002330

TO HAVE and to hold the premises, unto the said Releasee, and to Releasee's heirs, successors and assigns forever, to the only use and behoof of the said Releasee, Releasee's successors, heirs and assigns forever, so that neither the said Releasor nor any other person or persons in Releasor's name and behalf shall or will hereafter claim or demand any right or title to the premises or any part thereof, but they and every one of them shall by these presents be excluded and forever barred. SUBJECT TO, however, any Restrictions, Conditions, Covenants, Rights, Rights of Way, and easements that are now of record, if any.

CONVEYANCE TAX RECEIVED
1157.10 CITY    1158.65 STATE
BRIDGEPORT TOWN CLERK'S OFFICE

Whenever used, the singular number shall include the plural, the plural the singular and the use of any gender shall be applicable to all genders

BK: 9386 PG: 267
INST: 00005309

IN WITNESS whereof, Grantor hereunto sets his hand this __6__ day of __May__, 20_15_.

**JPMorgan Chase Bank, National Association**

BY: _____ MAY 0 6 2015

Printed Name & Title: ___Mark Emch___ ___Vice President___

Witness Signature: _____ MAY 0 6 2015

Witness Name (Print): ___Carl W Foulke___

Witness Signature: _____ MAY 0 6 2015

Witness Name (Print): ___Johnna May___

STATE OF ___Ohio___ )
COUNTY OF ___Franklin___ ) ss.

The foregoing instrument was acknowledged before me this __6__ day of __May__, 20_15_, by ___Mark Emch___ (name of officer or agent) as ___Vice President___, (title of officer or agent) of **JPMorgan Chase Bank, National Association**, a national association, on behalf of the national association.

NOTARY STAMP/SEAL

CAITIN MARQUARDT
Notary Public, State of Ohio
My Commission Expires 06-10-2019

_____
Notary Public    Caitin Marquardt
My Commission Expires: _06/10/2019_

BK: 9386 PG: 268
INST: 00005309

**EXHIBIT "A"**
**LEGAL DESCRIPTION**

ALL THAT CERTAIN PIECE OR PARCEL, OF LAND TOGETHER WITH THE BUILDINGS AND IMPROVEMENTS THEREON, SITUATED IN THE CITY OF BRIDGEPORT, COUNTY OF FAIRFIELD, AND STATE OF CONNECTICUT, KNOWN AND DESIGNATED AS LOT NO. 11 ON MAP OF LAKE FOREST, A SUBDIVISION IN BRIDGEPORT, CONNECTICUT FOR HERBRAY, INC., SHOWING SECTION S, CERTIFIED SUBSTANTIALLY CORRECT ON MARCH 5, 1948, BY JOHN WAKENIGG, AND FILED FOR RECORD ON APRIL 15, 1948, IN THE BRIDGEPORT TOWN CLERK'S OFFICE, SAID PREMISES BEING MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS: NORTHERLY: IN PART BY LOT NO. 10, IN SAID SECTION, ON SAID MAP, AND IN PART BY LAKE FOREST, AS SHOWN ON SAID MAP, IN ALL, 91 FEET, MORE OR LESS; EASTERLY: BY LOT NO. 12, IN SAID SECTION, ON SAID MAP, 228 FEET, MORE OR LESS; SOUTHERLY: BY CHATHAM TERRACE, AS LAID OUT ON SAID MAP, 61.56 FEET; WESTERLY: BY LAND NOW OR FORMERLY OF DOMENICO AND LIBERTA BONACO, HERMAN J. AND ELSIE SCHROEDER, AND ALFRED H. AND IRMA E. HOFER, BEING LOTS NOS. 23, 22, 21, 20 AND A PORTION OF 19, ON MAP OF "VILLENUVE,", DATED JUNE 19, 1913 ON FILE IN THE BRIDGEPORT TOWN CLERK'S OFFICE, EACH IN PART, IN ALL 228.05 FEET.

FOR INFORMATIONAL PURPOSES ONLY: THE APN IS SHOWN BY THE COUNTY ASSESSOR AS 2663-13; SOURCE OF TITLE IS BOOK 3652 PAGE 295 RECORDED 12/20/1996

51112482  LOANS, INC/NDTS    CT
FIRST AMERICAN ELS
QUIT CLAIM DEED

RECEIVED FOR RECORD
Mar 04, 2016  11:38:34A
CHARLES D. CLEMONS JR.
TOWN CLERK
BRIDGEPORT, CT

3 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SHAWN DEWAYNE MITCHELL BYRD | : | |
| AKA SHAWN D. BYRD | : | |
| AKA SHAWN BYRD | : | CASE NO. 16-51306 |
| DEBTOR | : | |
| | : | |
| U.S. BANK TRUST, N.A., AS TRUSTEE | : | |
| FOR LSF9 MASTER PARTICIPATION | : | |
| TRUST | : | |
| MOVANT | : | |
| | : | |
| VS. | : | |
| | : | |
| SHAWN DEWAYNE MITCHELL BYRD | : | |
| AKA SHAWN D. BYRD | : | |
| AKA SHAWN BYRD, DEBTOR | : | |
| MOLLY T. WHITON, TRUSTEE | : | |
| RESPONDENTS | : | _____, 2016 |

**PROPOSED ORDER GRANTING U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST'S RELIEF FROM STAY**

After notice and a hearing, <u>see</u> Bankruptcy Code Section 102(1), on U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust's (hereafter the "Movant") Motion for Relief from Stay, (hereafter, the "Motion"), RE: ECF NO.\_\_\_\_.

**IT IS HEREBY ORDERED** that the Motion is Granted - the Automatic Stay of 11 U.S.C. § 362(a) is modified to permit the Movant to proceed under all applicable non-bankruptcy law, including but not limited to, enforcing its remedies to foreclose upon and obtain possession of real property known 142 Chatham Terrace, Bridgeport, Connecticut 06606.

**IT IS FURTHER ORDERED** that the 14 day stay of Fed.R.Bankr.P. 4001(a)(3) is not applicable and the Movant may immediately enforce and implement this Order.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| SHAWN DEWAYNE MITCHELL BYRD : | |
| AKA SHAWN D. BYRD : | |
| AKA SHAWN BYRD : | CASE NO. 16-51306 |
|     DEBTOR : | |
| : | |
| U.S. BANK TRUST, N.A., AS TRUSTEE : | |
| FOR LSF9 MASTER PARTICIPATION : | |
| TRUST : | |
|     MOVANT : | |
| VS. : | |
| SHAWN DEWAYNE MITCHELL BYRD : | |
| AKA SHAWN D. BYRD : | |
| AKA SHAWN BYRD, DEBTOR : | |
| MOLLY T. WHITON, TRUSTEE : | |
|     RESPONDENTS : | DECEMBER 13, 2016 |

### NOTICE OF CONTESTED MATTER RESPONSE DEADLINE

U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, (the "Movant") has filed a Motion for Relief from Automatic Stay, (the "Contested Matter") in the above-captioned case. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than *December 27, 2016*, in accordance with Federal Rules of Bankruptcy Procedure 2002(a) and 9014*. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, see, 11 U.S.C. §102(1).

Dated: December 13, 2016          By: _____
                                      Victoria Forcella, Esq.
                                      Hunt Leibert Jacobson, P.C.
                                      50 Weston St., Hartford, CT 06120
                                      Telephone No. (860) 808-0606
                                      Federal Bar No. CT 29297

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY. IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SHAWN DEWAYNE MITCHELL BYRD | : | |
| AKA SHAWN D. BYRD | : | |
| AKA SHAWN BYRD | : | CASE NO. 16-51306 |
|     DEBTOR | : | |
| | : | |
| U.S. BANK TRUST, N.A., AS TRUSTEE | : | |
| FOR LSF9 MASTER PARTICIPATION | : | |
| TRUST | : | |
|     MOVANT | : | |
| | : | |
| VS. | : | |
| | : | |
| SHAWN DEWAYNE MITCHELL BYRD | : | |
| AKA SHAWN D. BYRD | : | |
| AKA SHAWN BYRD, DEBTOR | : | |
| MOLLY T. WHITON, TRUSTEE | : | |
|     RESPONDENTS | : | DECEMBER 13, 2016 |

**NOTICE OF CONTESTED MATTER RESPONSE DEADLINE CERTIFICATION**

The undersigned hereby certifies that on the 13$^h$ day of December, 2016 in accordance with applicable law, I served the following documents upon the entities listed below (constituting all entities entitled to notice):
    (1)  a copy of the pleading initiating the contested matter, specifically: Motion for Relief from Stay;
    (2)  a copy of the Proposed Order associated therewith; and
    (3)  a Notice of Contested Matter Response Deadline

Shawn DeWayne Mitchell Byrd
142 Chatham Terrace
Bridgeport, CT 06606
(Pro Se Debtor)

Molly T. Whiton
10 Columbus Boulevard
Hartford, CT 06106
(Trustee)

U.S. Trustee
150 Court Street, Room 302
New Haven, CT 06510

Date: December 13, 2016

By: _____
Victoria Forcella, Esq.
Federal Bar No. CT 29297

HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET ● HARTFORD, CONNECTICUT 06120 ● (860) 808-0606 ● JURIS NO. 101589